



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-21-2017

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Leon Medzhibovsky
leon.m@dlapiper.com
T 212.335 4630
F 917.778.8630

February 15, 2017

*VIA CM/ECF*
*COURTESY COPY VIA FACSIMILE (212.805.0426)*

The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse, Courtroom 12D
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

Re: **World Trade Centers Association, Inc. v. The Port Authority of New York and New Jersey,
1:15-cv-07411 (LTS) (S.D.N.Y.)**

Dear Judge Swain:

We represent Defendant The Port Authority of New York and New Jersey ("Port Authority") in the above-referenced action, and write to request that the Port Authority be permitted to file a Surreply in response to WTCA's Reply filed on February 8, 2017, which was filed in support of WTCA's Objection to Magistrate Judge Peck's Order dated January 4, 2017. (*See* Dkt. Nos. 101, 108.) We have attached the proposed Surreply to this letter as Exhibit A. As WTCA admits in its letter to the Court dated February 14, 2017, WTCA should have sought leave to file their Reply and did not do so. (Dkt. No. 112.) WTCA consents to the filing of a Surreply by the Port Authority (Dkt. No. 112), and the Port Authority respectfully requests that the Court accept and consider its Surreply.

If the Court accepts the Port Authority's Surreply, we will promptly file the Surreply on ECF and ensure that it is properly tied to the prior briefing.

Thank you for your attention to this issue.

Respectfully submitted,

**DLA Piper LLP (US)**

*/s/ L. Medzhibovsky*

Leon Medzhibovsky
Partner
LM

The request is granted. The Port Authority is directed to file the Surreply. DE # 113 resolved.

**SO ORDERED:**

*/s/ Laura Taylor Swain* 2/21/17

HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE