# EXHIBIT 4



*State of New York - Department of State*

*Certificate of Registration of Service Mark*

I, GAIL S. SHAFFER, SECRETARY OF STATE OF THE STATE OF NEW

YORK, do hereby CERTIFY that in accordance with the application filed in this office on the

4th    day of    November    , 19 85 , the SERVICE MARK described

below has been duly registered in this Department pursuant to Article 24 of the General Business

Law, in behalf of..The Port Authority of New York and New Jersey.. ...... ...... ...... .....
                                                    **Name**
      One World Trade Center, New York, New York............ .. ............ ............... ....
                                                    **Address**

Description of Service Mark and Services for which mark is used:


WORLD TRADE CENTER


Used in connection with advising businessmen as to prospective
custo mers and suppliers for products and services


# THE WORLD TRADE CENTER


Class No. .........101........... ............ .. ......Registration No.. ..S-9095...
Date of Registration:. ... Nov. 14, 1985    ..Registration Expires:  Nov. 14, 1995 ....
          Date First Used In NEW YORK STATE:............. March 1961 .... .. .... ......... .......... ..
          Date First Used Elsewhere In The U.S.: .. .. .... .March 1961    . ...


WITNESS my hand and the seal of the Department

of State at the City of Albany, this. .. 14th    .

day of .... November    ...........19....85..

*Secretary of State*

302101-030(12/82)



EXHIBIT
16
3/29/17 AR

EXHIBIT
Kassop 3
4.14.17

WTCA_0076512



*State of New York - Department of State*

*Certificate of Registration of Service Mark*

I, GAIL S. SHAFFER, SECRETARY OF STATE OF THE STATE OF NEW

YORK, do hereby CERTIFY that in accordance with the application filed in this office on the

4th   day of   November   , 19 85 , the SERVICE MARK described

below has been duly registered in this Department pursuant to Article 24 of the General Business

Law, in behalf of..The Port Authority of New York and New Jersey........ ..... ...... ....
_____Name_____
_____One World Trade Center, New York, New York___ .. .........._____........_.....
_____Address

Description of Service Mark and Services for which mark is used:


WORLD TRADE CENTER

Used in connection with operating facilities for commodities
trading; promotion of financial commerce exchange.


# World Trade Center


Class No. .......102.......... ............ ........Registration No. .... .S-9096
Date of Registration:. .....11/14/85.. .......   ..Registration Expires: 11/14/95   .. . ...
_____1970
Date First Used In NEW YORK STATE:..................... ...... ... .. .. .. .....................
Date First Used Elsewhere In The U.S.: .  ... ... 1970       . .  .  . . ..


WITNESS my hand and the seal of the Department

of State at the City of Albany, this .14th. .

day of . ..November.........................19 85 ....

Secretary of State

382101-030(12/82)



*State of New York - Department of State*

# *Certificate of Registration of Service Mark*

I, GAIL S. SHAFFER, SECRETARY OF STATE OF THE STATE OF NEW

YORK, do hereby CERTIFY that in accordance with the application filed in this office on the

14th       day of       November                , 19 85 , the SERVICE MARK described

below has been duly registered in this Department pursuant to Article 24 of the General Business

Law, in behalf of............The Port Authority of New York and New Jersey ..... ..... .....
                                                    Name
          One World Trade Center, New York, NY
                                                    Address

Description of Service Mark and Services for which mark is used:


                    WORLD TRADE CENTER


        Used in connection with erecting international trade facilities


# World Trade Center

Class No. ...........103............. ...... .... .........Registration No. ..  .. S-9097 ...

Date of Registration: .. ......11/14/85.......   ..Registration Expires:   11/14/95   .. .. ..

Date First Used In NEW YORK STATE: ......March 1961... .... .. ... .. ..................... ..

Date First Used Elsewhere In The U.S.: .   .. ....    March 1961   .. .. ...


                    WITNESS my hand and the seal of the Department
                    of State at the City of Albany, this  ...14th   .
                    day of ..........November................19..85 ....


                        Secretary of State

382101-030(12/82)



*State of New York-Department of State*

*Certificate of Registration of Service Mark*

I, GAIL S. SHAFFER, SECRETARY OF STATE OF THE STATE OF NEW

YORK, do hereby CERTIFY that in accordance with the application filed in this office on the

4th      day of      November      , 19 85 , the SERVICE MARK described

below has been duly registered in this Department pursuant to Article 24 of the General Business

Law, in behalf of..............The Port Authority of New York and New Jersey.... .... .....

Name

..................One World Trade Center, New York, NY............. .. ........... ............... .....

Address

Description of Service Mark and Services for which mark is used:

WORLD TRADE CENTER

Used in connection with telecommunications services;
facilitating communications between the international
business community.



Class No. ..........104.............................. ... ..........Registration No.. .. S-9098

Date of Registration:.... 11/14/85 ......... ..Registration Expires: 11/14/95

Date First Used In NEW YORK STATE:...........March 1970...... .... .... ........... .....

Date First Used Elsewhere In The U.S.: . .. .... March 1970

WITNESS my hand and the seal of the Department
of State at the City of Albany, this .. 14th .
day of ............November................19 85 ..

*Secretary of State*

382101-030(12/82)

WTCA_0076560



**FILE COPY**

*State of New York - Department of State*

*Certificate of Registration of Service Mark*

I, GAIL S. SHAFFER, SECRETARY OF STATE OF THE STATE OF NEW

YORK, do hereby CERTIFY that in accordance with the application filed in this office on the

4th      day of      November      , 19  85 , the SERVICE MARK described

below has been duly registered in this Department pursuant to Article 24 of the General Business

Law, in behalf of.................     The Port Authority of New York and New Jersey. .......  ..
                                                    Name
..........................................     One World Trade Center, New York, New York     .. .......... ........ ...
                                                    Address

Description of Service Mark and Services for which mark is used:

WORLD TRADE CENTER

Used in connection with commuter rail services

| The World Trade Center |

Class No. .............105......... ....... .. . .....Registration No. .  S-9099

Date of Registration:     11/14/85  .......     ..Registration Expires:  11/14/95       .

Date First Used In NEW YORK STATE:.... .... September 1962      .        ...  ...... .. ..

Date First Used Elsewhere In The U.S.: .    ..  ... September 1962

WITNESS my hand and the seal of the Department

of State at the City of Albany, this   14th

day of .......... November ............. .19 85 ..

Secretary of State

S-2 (0)-05-0(12/82)

WTCA_0076574



*State of New York - Department of State*

# Certificate of Registration of Service Mark

I, GAIL S. SHAFFER, SECRETARY OF STATE OF THE STATE OF NEW

YORK, do hereby CERTIFY that in accordance with the application filed in this office on the

4th     day of     November     , 19 85 , the SERVICE MARK described

below has been duly registered in this Department pursuant to Article 24 of the General Business

Law, in behalf of............. The Port Authority of New York and New Jersey
                                        Name
                     One World Trade Center, New York, New York
                                        Address

Description of Service Mark and Services for which mark is used:


WORLD TRADE CENTER

Used in connection with restaurant services; conducting
exhibitions, seminars and business conferences; instructional
services in international trade.


## World Trade Center


Class No. ..........107..........     Registration No. ... S-9100

Date of Registration: ... 11/14/85 .......... .Registration Expires: 11/14/95

    Date First Used In NEW YORK STATE:............ .........March 11, 1971 ...............

    Date First Used Elsewhere In The U.S.: . March 11, 1971


WITNESS my hand and the seal of the Department
of State at the City of Albany, this    14th
day of ............ November ............................19 85 ....

Secretary of State

WTCA_0076588