# EXHIBIT 15

CONFIRMATORY ASSIGNMENT

WHEREAS, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, a body corporate and politic created by the States of New York and New Jersey with the consent of the Congress of the United States, having a place of business at One World Trade Center, New York, New York (hereinafter called "PORT AUTHORITY"), has adopted and used the service mark WORLD TRADE CENTER, for which it has obtained Argentine Service Mark Registrations 927594 and 937721 and the following New York State service mark registrations:

| Registration No. | Class |
|---|---|
| S-9095 | Advertising and Business Class 101 |
| S-9096 | Insurance and Financial Class 102 |
| S-9097 | Construction and Repair Class 103 |
| S-9098 | Communication Class 104 |
| S-9099 | Transportation & Storage Class 105 |
| S-9100 | Education & Entertainment Class 107 |

WHEREAS, the PORT AUTHORITY has sold and agreed to sell, transfer and convey to THE WORLD TRADE CENTERS ASSOCIATION, a Delaware corporation, having a place of business at One World Trade Center, New York, New York (hereinafter called "WTCA"), the entire right, title and interest in and to said service mark and said service mark registrations, together with the good will of its business in the services in respect of which the mark is used;

NOW, THEREFORE, for ten dollars ($10.00) and other good and valuable consideration paid to PORT AUTHORITY by WTCA, the receipt and adequacy of which is hereby acknowledged:

PORT AUTHORITY has sold and does hereby sell, transfer and convey to WTCA, its successors, assigns and legal representatives, the entire right, title and interest in and to said service mark WORLD TRADE CENTER, said service mark registrations and the good will of PORT AUTHORITY's business in the services in respect of which the mark is used, together with all rights to apply for, obtain and hold registrations of the same and renewals and extensions thereof, and together with all right to bring suit for any past and future infringement of said mark. PORT AUTHORITY reserves to itself the right and license to use said service mark for the existing and future services.

This Assignment shall enure to the benefit of and be binding upon the parties hereto and their successors, assigns and legal representatives.

IN WITNESS WHEREOF, PORT AUTHORITY has caused this instrument to be executed as of this 18th day of February , 1986.

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY

By _____
Doris E. Landre, Secretary

Sworn and subscribed to
before me this 19th day of
February , 1986.

_____
Notary Public

HERBERT S. SOMERWITZ
Notary Public, State of New York
No. 31 0105975
Qualified in New York County
Commission Expires March 30, 1986

Confidential          Produced to AG          WTCA_0001053