UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

WORLD TRADE CENTERs
ASSOCIATION,

       Plaintiff,

  -v-                                                            No.  15 CV 7411-LTS-RWL

THE PORT AUTHORITY OF NEW YORK
AND NEW JERSEY,

       Defendant.

-------------------------------------------------------x

<u>ORDER</u>

LAURA TAYLOR SWAIN, United States District Judge

**<u>ORDER ADOPTING REPORT & RECOMMENDATION</u>**

       The Court has reviewed Magistrate Judge Lehrburger's April 2, 2018 Report and Recommendation (the "Report") (docket entry no. 213) which recommends that Defendant's motion for sanctions for spoliation (docket entry no. 181) be denied.  No objections to the Report have been received.

       In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C.A. § 636(b)(1)(C) (LexisNexis 2017).  "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." <u>Johnson v. New York University School of Education</u>, No. 00 Civ. 8117, at *1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003).

The Court has reviewed carefully Magistrate Judge Lehrburger's thorough Report and Recommendation and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Accordingly, Defendant's motion for sanctions is denied. This Order resolves docket entry no. 181.

    SO ORDERED.

Dated: New York, New York
       April 25, 2018

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge